**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANNON DUPREE MILLER, | ) NO. EDCV 10-1602-VBF (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| KELLY HARRINGTON, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 12/6/11

                                                           for
                             VALERIE BAKER FAIRBANK
                           UNITED STATES DISTRICT JUDGE